**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                         NO. 4:01CR00155-05 JMM
                           NO. 4:09CR00160-01 JLH

STEVEN MCPHERSON                                                                        DEFENDANT

**ORDER**

Pending before the Court is the government's Motion for Revocation of Supervised Release. Document #280 in case number 4:01CR00155-05 JMM; Document #36 in case number 4:09CR00160-01 JLH. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **TUESDAY, MARCH 12, 2013, at 9:30 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **STEVEN MCPHERSON** and deliver to the United States Marshal for service.

CJA Panel Attorney J. Blake Hendrix was previously appointed for purposes of revocation proceedings, and is hereby reappointed.

IT IS SO ORDERED this 28th day of February, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE